IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1231 (CFC) |
| | ) |
| WALLET INC. and | ) |
| SCOTT FLORCSK, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Unstoppable Domains Inc. hereby dismisses this action without prejudice. Defendants in this action have not answered the complaint or filed a motion for summary judgment.

Since this case was filed in September 2022, Defendants have not promoted or offered for sale domain names using Plaintiff's WALLET marks. Therefore, the relief sought by Plaintiff now seems more of an academic exercise rather than an actual dispute sufficient to warrant the expense of litigation and use of the Court's limited resources.

<table>
<tr><td>

OF COUNSEL:

Margret Caruso
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Flr.
Redwood Shores, CA 94065
(650) 801-5000

Luke Nikas
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Ave., 22nd Flr.
New York, NY 10010
(212) 849-7000

Sean S. Pak
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
50 California St., 22nd Flr.
San Francisco, CA 94111
(415) 875-6600

Adam B. Wolfson
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000

September 12, 2023

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff*

</td></tr>
</table>

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 12, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Scott Florcsk and Wallet, Inc.* | *VIA ELECTRONIC MAIL* |
| Eugene Rome, Esquire<br>Sridavi Ganesan, Esquire<br>ROME & ASSOCIATES, A.P.C.<br>2029 Century Park East, Suite 450<br>Los Angeles, CA  90067<br>*Attorneys for Scott Florcsk and Wallet, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)